JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID LINEHAN, | No. CV 24-245 PA |
| Petitioner-Defendant, | CR 19-016 PA |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent-Plaintiff. | |

Pursuant to the Court's April 19, 2024 Minute Order denying Petitioner David Linehan's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, and granting Respondent United States of America's Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: April 19, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE